UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 1:23CR25 |
| JORDAN PATRICK ADAMS | : | Violations: 18 U.S.C. § 922(g) |
| | : | 26 U.S.C. § 5861(d) |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

1. On or about August 7, 2022, in the Western District of Virginia, JORDAN PATRICK ADAMS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms (as defined in Title 18, United States Code, Section 921(a)(3)), which had been shipped and transported in, and possessed in and affecting, interstate commerce:

   a. A destructive device (as defined in Title 18, United States Code, Section 921(a)(4)), more specifically described as a white PVC pipe, wrapped in a vinyl glove and brown twine, having a green hobby fuse, and containing a mixture of double based smokeless powder and Hodgdon Pyrodex;

   b. A destructive device (as defined in Title 18, United States Code, Section 921(a)(4)), more specifically described as a prescription pill bottle, filled with shotgun pellets and an electric detonator, with writing indicating "DANGEROUS BLASTING CAP" and pink leg wires, and containing a mixture of double based smokeless powder and Hodgdon Pyrodex;

USAO #2023R00514

  c. A destructive device (as defined in Title 18, United States Code, Section 921(a)(4)), more specifically described as a white PVC pipe, wrapped in black electrical tape, having a green hobby fuse, and containing a mixture of double based smokeless powder and Hodgdon Pyrodex; and

  d. A destructive device (as defined in Title 18, United States Code, Section 921(a)(4)), more specifically described as a PVC pipe, wrapped in a bandage held in place with a pipe clamp, having a green hobby fuse, and containing a mixture of double based smokeless powder and Hodgdon Pyrodex.

2. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

1. On or about August 7, 2022, in the Western District of Virginia, JORDAN PATRICK ADAMS, knowingly possessed the following firearms (as defined in Title 26, United States Code, Section 5845(a)) not registered to him in the National Firearms Registration and Transfer Code:

  a. A destructive device (as defined in Title 26, United States Code, Section 5845(f)), more specifically described as a white PVC pipe, wrapped in a vinyl glove and brown twine, having a green hobby fuse, and containing a mixture of double based smokeless powder and Hodgdon Pyrodex;

  b. A destructive device (as defined in Title 26, United States Code, Section 5845(f)), more specifically described as a prescription pill bottle, filled with shotgun pellets and an electric detonator, with writing indicating "DANGEROUS BLASTING CAP" and pink leg wires, and containing a mixture of double based smokeless powder and Hodgdon Pyrodex;

  c. A destructive device (as defined in Title 26, United States Code, Section 5845(f)), more specifically described as a white PVC pipe, wrapped in black electrical tape, having a green hobby fuse, and containing a mixture of double based smokeless powder and Hodgdon Pyrodex; and

  d. A destructive device (as defined in Title 26, United States Code, Section 5845(f)), more specifically described as a PVC pipe, wrapped in a bandage held in place with a pipe clamp, having a green hobby fuse, and containing a mixture of double based smokeless powder and Hodgdon Pyrodex.

2. All in violation of Title 26, United States Code, Sections 5841, 5845(a) and (f), 5861(d), and 5871.

DATE: November 7, 2023

*Christopher R. Kavanaugh* by CEH
CHRISTOPHER R. KAVANAUGH
United States Attorney

USAO #2023R00514